Hans Walter VAHLTEICH & Beverly Vahlteich Daigle v. Pauline KNOTT and Clyde L. Knott, No. 316-78

January 15, 1980. The entry dated December 4, 1979, is stricken. Printed case to be filed on or before January 4, 1980, or cause dismissed.

Olin C. BROOKS, Jr. v. STATE of Vermont, No. 329-78

January 15, 1980. Appeal dismissed for failure to comply with the order dated December 4, 1979.

Sue VAUDRIN and Peter Bull, b/n/f Claude Price v. Joseph HANDY, et al., No. 335-78

January 15, 1980. Appeal dismissed for failure to comply with the order dated December 4, 1979.

ALLEN OIL COMPANY, INC. v. REDEMPTION METALS CORP., No. 338-78

January 15, 1980. Appeal dismissed for failure to comply with the order dated December 4, 1979.

Harold SCHWARTZ v. Robert L. RANNOW, No. 2-79

January 15, 1980. Appeal dismissed for failure to comply with the order dated December 4, 1979.

Jack R. COHUN and Christine A. Cohun v. David LIHN d/b/a Darby Hill Associates, No. 48-79

January 15, 1980. Appeal dismissed for failure to comply with the order dated December 4, 1979.

John KUZMA, Charlotte Hemenway Kuzma and Christopher Stephen Kuzma v. James T. DALTON and Dolores L. Dalton, No. 61-79

January 15, 1980. Appeal dismissed for failure to comply with the order dated December 4, 1979.

Alvin L. SCHEIN, D.M.D. v. David L. BUSHWAY, No. 78-79

January 15, 1980. Appeal dismissed for failure to comply with the order dated December 4, 1979.